UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

CHASE KANE

No. 1:24-mj-00016-JCN

**COMPLAINT**

The undersigned complainant, being duly sworn, states:

**COUNT ONE**
(Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances)

From on or about May 21, 2023, through on or about November 7, 2023, the exact dates being unknown, in the District of Maine and elsewhere, the defendant

**CHASE KANE**

knowingly and intentionally conspired with others to distribute and possess with the intent to distribute controlled substances including a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference herein.

Michael Bickford
Task Force Officer
Drug Enforcement Administration

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Jan 23 2024

City and state: Bangor, ME

John C Nivison U.S. Magistrate Judge
Printed name and title