## Synopsis
### (Complaint)

| | |
|---|---|
| **Name:** | Chase Kane |
| **Address:** (City & State Only) | Bangor, ME |
| **Year of Birth and Age:** | 1995/28 |
| **Violation:** | **Count 1:** Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances 21 U.S.C. §§846, 841(a)(1), (b)(1)(C) (Class C Felony) |
| **Penalties:** | **Counts 1:** A term of imprisonment of not more than 20 years and a fine not to exceed $1,000,000. 21 U.S.C. §841(b)(1)(C) |
| **Supervised Release:** | **Counts 1:** Three years and up to life. 21 U.S.C. §841(b)(1)(C) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1:** Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts 1:** Up to life, less any term of imprisonment. 18 U.S.C. §3583(h) |
| **Defendant's Attorney:** | N/A |
| **Primary Investigative Agency and Case Agent Name:** | DEA/Michael Bickford |
| **Detention Status:** | Arrest warrant to issue |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Penobscot |
| **AUSA:** | Raphaelle A. Silver |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |

| | |
|---|---|
| **Corporate Victims Owed Restitution?** Y/N | No |
| **Assessments:** | $100 for each count |